FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
<u>ACCORDANCE WITH RULE 221, Pa.R.D.E.</u>

<u>New</u>
667 – First Federal Bank of the Midwest

<u>Name Change</u>
655 – Home Savings Bank – Change to 667 – First Federal Bank of the Midwest
239 – DNB First, NA – Change to 153 – S & T Bank

<u>Platinum Leader Change</u>


<u>Correction</u>


<u>Removal</u>
602 – City National Bank of New Jersey


Submitted: January 2020